IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYE PRECISION LLC,<br><br>      Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br>      Defendants. | Case No. 25-cv-04208<br><br>**Judge Charles P. Kocoras**<br><br>**Magistrate Judge Young B. Kim** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Crye Precision LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| anastos1998 | 1 |
| AI FIGHTS | 5 |
| Alsport | 6 |
| ANANc | 7 |
| camouflage gear | 14 |
| DREAMER LY | 19 |
| FANKE SHEN | 24 |
| GENTM | 28 |
| HMYL | 33 |
| Interspace expedition | 38 |
| L O O G U | 46 |
| Lees Time Shop | 48 |
| Luc outdoor | 49 |
| MVPTOO | 53 |
| QZTiandi | 58 |
| Seven Days shop | 62 |
| Strange Power | 65 |
| TANSOLE Outdoors | 71 |
| THYKS | 73 |

| | |
|---|---|
| THYKS MM | 74 |
| Twinkle Belt | 77 |
| UNIONTAC Tactical And Airsoft Gear | 79 |
| UNIONTAC tactical supply | 80 |
| VogueCloset | 83 |
| XMY CIUM | 90 |

Dated this 15th day of May 2025.    Respectfully submitted,

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Crye Precision LLC*